No. — — —. CLINTON v. NORTH CAROLINA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. D–1488. IN RE DISBARMENT OF JONES. Disbarment entered. [For earlier order herein, see 513 U. S. 1073.]

No. D–1549. IN RE DISBARMENT OF JAN. It is ordered that Joseph M. Jan, of Toledo, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1550. IN RE DISBARMENT OF DIUGUID. It is ordered that John P. Diuguid, of Bethesda, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1551. IN RE DISBARMENT OF WEEKS. It is ordered that Timothy Weeks, of Newark, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1552. IN RE DISBARMENT OF CACIOPPO. It is ordered that Richard K. Cacioppo, of Woodland Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1553. IN RE DISBARMENT OF BROWN. It is ordered that Michael A. Brown, of Newton, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1554. IN RE DISBARMENT OF OFFNER. It is ordered that Lawrence J. Offner, Jr., of Union, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–9205. IN RE VEY. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8.

Petitioner is allowed until June 26, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–1660. AMERICAN AIRLINES, INC. *v.* LOCKWOOD. C. A. Fed. Cir. Motion of American Intellectual Property Law Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 94–8729. BENNIS *v.* MICHIGAN. Sup. Ct. Mich. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 94–1457. DeCELL & ASSOCIATES, INC. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 94–1509. SMOLLEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1519. DAVID LIPSCOMB UNIVERSITY *v.* STEELE ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1628. GOULD *v.* SMITH, TRUSTEE OF MIAMI CENTER LIQUIDATING TRUST, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1651. SIMMONS *v.* HINSON, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1675. CITY OF UPPER ARLINGTON ET AL. *v.* VITTITOW ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1676. NORTH CAROLINA *v.* PENDLETON. Sup. Ct. N. C. Certiorari denied.

No. 94–1677. LEHTINEN ET UX. *v.* HARSTAD. Ct. App. Minn. Certiorari denied.